IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel., | ) | |
| JENNIFER DEL PRETE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 10 C 5070 |
| | ) | Judge Matthew F. Kennelly |
| ANGELA LOCKE, Warden, | ) | |
| Logan Correctional CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of petitioner, Jennifer Del Prete, is subject to the following conditions:

(1) Petitioner shall not commit any offense in violation of federal, state, or local law while on release in this case.

(2) Petitioner shall immediately advise the court, her counsel, the probation department and the Illinois Attorney General in writing before any change in address and telephone number.

(3) Petitioner shall appear at all proceedings as required and shall surrender for the resumption of her state-court sentence if so ordered.

(4) Petitioner shall appear in court at 219 S. Dearborn Street, Chicago, Illinois, Courtroom 2103, on May 7, 2014 at 9:30 a.m.

**Release on Secured Bond**

IT IS FURTHER ORDERED that petitioner be released provided that:

(5) Petitioner executes a secured bond as described on page two of this order binding Petitioner to pay the United States the sum of fifty thousand dollars ($50,000) in the event of a failure to appear as required or to surrender for the resumption of her state-court sentence if so ordered. The bond shall be secured by equity in the property listed in paragraph 6(b) of this order.

**Additional Conditions of Release**

(6) Petitioner shall:

    (a) report to the Federal Probation Office for the Northern District of Illinois, 55 East Monroe Street, Room 1500, Chicago, Illinois, telephone number (312) 435-5700, within 48 hours of her release from the Illinois Department of Corrections. She shall continue to report to the Probation Office periodically as directed by the United States District Court or the Probation Office;

    (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: <u>$50,000 bond secured by the posting of 5315 North Delphia, Unit 116, Chicago, Illinois 60656, and the owner of this property, Michaeline Reed, executing a quit claim deed and forfeiture agreement related to this property;</u>

    (c) surrender any passport to the Probation Office;

    (d) obtain no passport;

    (e) not frequent places where controlled substances are illegally sold, used, distributed, or administered;

    (f) not influence or attempt to influence any witness or potential witness in the subject case;

    (g) not possess a firearm, ammunition, destructive device, or other dangerous weapons;

    (h) not use alcohol in excess;

    (i) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

    (j) report as soon as possible to the probation office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop;

    (k) reside with Shawn Beranek and her family at 8622 West 90th Place, Hickory Hills, Illinois;

(l) shall notify the Probation Office at least 10 days prior to any change in residence and shall notify the Probation Office at least ten days prior to any child three (3) years of age or younger moving into her place of residence;

(m) not leave the Northern District of Illinois without the permission of the United States District Court or the Probation Office, answer truthfully all inquiries by the Probation Office and follow the instructions of the Probation Office;

(n) permit a Probation Officer to visit her at any time at home or elsewhere and shall permit confiscation of any contraband observed in the plain view of the Probation Officer;

(o) as directed by the Probation Office, notify third parties of risks that may be occasioned by her criminal record or personal history or characteristics and shall permit the Probation Office to make such notifications and to confirm petitioner's compliance with such notification requirement;

(p) not accept employment as a primary care giver, as defined in the Shaken Baby Prevention Act, 410 ILCS 260/5 (That section defines a primary care giver as "any person who is not a parent, but who provides temporary care to an infant or child, including but not limited to, a babysitter, child care provider, extended family member, nanny, or custodian.); and

(q) not serve as the sole care provider of any child three (3) years of age or younger. (410 ILCS 260/10 recommends shaken baby prevention education of parents and primary care givers of babies from birth through 3 years of age.) "Sole care provider" means the only adult responsible for the care of a child three (3) years of age or younger in a home or place of public accommodation such as a restaurant, movie theater, hotel, and as further defined by 775 ILCS 5/5-101.

**IT IS SO ORDERED.**

　__April 30, 2014__　　　　　　　　　　　__[signature]__
Date　　　　　　　　　　　　　　　　　　Judge Matthew F. Kennelly
　　　　　　　　　　　　　　　　　　　　U.S. District Court