IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel., | ) | |
| JENNIFER DEL PRETE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 10 C 5070 |
| | ) | Judge Matthew F. Kennelly |
| MELODY HULETT, Warden, | ) | |
| Lincoln Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

**JENNIFER DEL PRETE'S MOTION TO MODIFY
CONDITIONS OF BOND TO ALLOW TRAVEL**

Petitioner, **JENNIFER DEL PRETE**, by and through her attorneys, **BLEGEN & GARVEY**, respectfully requests that the Court enter its order modifying the conditions of her bond to allow out of state travel to attend her brother's wedding between December 31, 2014 and January 4, 2015. In support thereof, Ms. Del Prete shows to the Court the following:

1. On April 30, 2014, this Court ordered Ms. Del Prete released from custody pending the determination of the merits of her petition under 28 U.S.C. § 2255.

2. As a condition of Ms. Del Prete's release, she is required to obtain the Court's permission before traveling outside of the Northern District of Illinois.

3. Ms. Del Prete respectfully requests this Court to permit her to travel to Claremont and Dana Point, California for her brother's wedding and attendant wedding festivities from December 31, 2014 to and including January 4, 2015.

4. Ms. Del Prete has had no violations of the conditions of her release, and has conscientiously abided by all of the terms of her release.

5. If her motion is granted, Ms. Del Prete will provide a detailed itinerary of her travel plans between December 31, 2014 and January 4, 2015 to the U.S. Probation Office prior to

her departure.

6.     Ms. Del Prete will continue to abide by the terms of her pretrial release while in California. While there will be children at the wedding and at various events before and after the wedding, Ms. Del Prete will abide by the conditions of her bond related to children.

7.     With regard to registration, Counsel have been informed by Ms. Del Prete's probation officer that California does not require registration for visits of five days or less. Illinois does require Ms. Del Prete to inform her local police department of her travel plans, and Ms. Del Prete will do so.

8.     Counsel has contacted Assistant Attorney General Garson Fischer, one of the attorneys for Respondent, who has indicated that his office does object to this motion.

WHEREFORE, Ms. Del Prete respectfully requests that this Court enter its order modifying her release to permit out-of-district travel as detailed herein.

                                           Respectfully submitted,

                                           s/Patrick W. Blegen
                                           **PATRICK W. BLEGEN**, Attorney for
                                           Petitioner, Jennifer Del Prete.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

**CERTIFICATE OF SERVICE**

  I hereby certify that foregoing Motion to Modify Conditions of Pretrial Release to Allow Travel was served on December 3, 2014, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                s/ Patrick W. Blegen
                **BLEGEN & GARVEY**
                53 West Jackson Boulevard, Suite 1437
                Chicago, Illinois 60604
                (312) 957-0100